AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JUDITH A. BRANDON,

        Plaintiff,

        v.

PINE LODGE CORRECTION CENTER FOR WOMEN, HAROLD CLARKE, DONNA CAYER, and JOHN BIDDULPH,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-205-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. 1915(e)(2) and 1915A(b)(1).

| December 15, 2006 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Virginia Reisenauer |
| | *(By) Deputy Clerk* |
| | Virginia Reisenauer |